FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07 - CV - 00586 -BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MILTON ANGELO PAPPAS,

    Plaintiff,

v.

UNITED STATES PENITENTIARY FLORENCE OFFICIALS,

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING MR. PAPPAS TO CURE DEFICIENCIES

Randy L. Bridges, a federal prisoner, has submitted a document titled "Motion Requesting an Evidentiary Hearing and Qui-Temit Injunction Order." As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described below. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action.

Mr. Bridges has submitted the Motion on behalf of Mr. Pappas. The claims in the Motion more appropriately are dealt with in a ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), action, and should be submitted on a Prisoner Complaint form.

As a lay person, Mr. Bridges "may not participate in the unauthorized practice of law" by filing actions on behalf of another "in violation of state and federal provisions

governing the practice of law." ***Weber v. Garza***, 570 F.2d 511, 514 (5th Cir. 1978).

Therefore, the following listed deficiencies must be cured by Mr. Pappas. Any papers which are filed in response to this Order must include the civil action number on the Order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)  _X_   Is not submitted
(2)  ___   Is missing affidavit
(3)  _X_   Is missing certified copy of Mr. Pappas's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   Is missing required financial information
(5)  _X_   Motion must have an original signature by Mr. Pappas
(6)  ___   Is not on proper form (must use the Court's current form)
(7)  ___   Names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___   An original and a copy have not been received by the court. only an original has been received.
(9)  ___   Other _____

**Complaint, Petition or Application:**
(10) _X_   Is not submitted
(11) ___   Is not on proper form (must use the Court's current form)
(12) _X_   Complaint must have an original signature by Mr. Pappas
(13) ___   Is missing page nos. ___
(14) ___   Uses et al. instead of listing all parties in caption
(15) ___   An original and a copy have not been received by the court. Only an original has been received.
(16) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___   Names in caption do not match names in text
(18) ___   Other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that the instant action is construed as a ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971). It is

FURTHER ORDERED that Mr. Pappas cure the deficiencies designated above **within thirty days from the date of this Order.** Any papers which Mr. Pappas files in response to the Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Bridges for Mr. Pappas, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Pappas fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of March, 2007.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 00586 -BNB

Milton A. Pappas
Reg. No. 13625-112
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 3/23/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk